UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN PEARSON,**

        Plaintiff,

   v.

**WAL-MART, INC., ET AL.,**

        Defendants.

Case No. 4:24-cv-2038-YGR

**ORDER OF CONDITIONAL DISMISSAL**

Dkt. No. 10.

The parties to the action, by and through their counsel, have advised the Court that they have agreed to settlement.

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within ninety (90) days from the date of this Order, that the case should be reopened for failure of a condition of settlement, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: September 20, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**